UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
T.H., et al.,

                Plaintiffs,

    - against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**

13 Civ. 8777 (JMF) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30

**JAMES L. COTT, United States Magistrate Judge.**

    At the end of the settlement conference held today, the Court, upon consultation with the parties, established the following schedule:

1. Counsel for Defendants shall inform the undersigned by telephone no later than **July 9, 2014** whether they have obtained approval of the settlement amounts discussed today as to Plaintiffs' emotional distress claims. Counsel for Defendants shall also advise the Court whether they are amenable to making an application to Judge Furman that, in the interest of judicial economy, he delay any ruling on the pending motion to dismiss while settlement negotiations run their course.

2. Plaintiffs' counsel shall prepare a comprehensive draft settlement document and transmit it to counsel for Defendants no later than **July 14, 2014**. Defendants' counsel shall review the document and provide proposed revisions and counter-proposals no later than **August 15, 2014**. The parties are directed to meet and confer in person at least once thereafter to identify any outstanding terms and provisions upon which they cannot agree. The parties are also directed to continue negotiating the compensatory damages claims during this period.

USDC SDNY
DATE SCANNED 6/30

3. The parties shall then send the latest version of the draft settlement document reflecting their negotiations to the undersigned by email to the address to which they sent their *ex parte* settlement letters no later than **September 5, 2014**. The parties should also submit new *ex parte* letters at that time identifying all open issues and outlining their respective positions as to them.

4. The Court will hold a subsequent settlement conference on **September 10, 2014** at 10:00 a.m. in Courtroom 21D, U.S. Courthouse, 500 Pearl Street, New York, New York. The parties are reminded that the limited purpose of this conference will be to discuss settlement as to the injunctive relief sought by Plaintiffs. As such, only counsel is required to attend, and they should plan to allocate the entire day for the conference.

**SO ORDERED.**

Dated: New York, New York
June 30, 2014

_____
JAMES L. COTT
United States Magistrate Judge

2