UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

T.H., individually and as next friend to minor child J.H.,
K.P., as next friend to minor child W.P.,
K.J., individually and as next friend to minor child J.R.,
C.J., individually and as next friend to minor child J.M.,
Y.P., individually and as next friend to minor child N.R.,
M.E., individually and as next friend to minor child D.E.,
T.W., individually and as next friend to minor child A.A.,
A.D., individually and as next friend to minor child S.D.,
N.C.R., individually and as next friend to minor child C.R.,
I.S., individually and as next friend to minor child Q.A.,
R.M.T., individually and as next friend to minor child R.T.,

     Plaintiffs,

  -against-

CARMEN FARIÑA, as Chancellor of the New York City Department of Education; the NEW YORK CITY DEPARTMENT OF EDUCATION; the CITY OF NEW YORK; DANIEL A. NIGRO, as Commissioner of the Fire Department of New York; and JOHN/JANE DOE #'s 1-24 in their individual capacities,

     Defendants.

---

13 Civ. 8777
(JMF)(JLC)

**MOTION**

  **PLEASE TAKE NOTICE** that upon the annexed declarations of M.E. sworn to December 12, 2014 and Nancy Bedard, sworn to on January 8, 2015, and upon the Stipulation and Order of Settlement and the pleadings in this action, plaintiff will move this Court, before Magistrate Judge James L. Cott, for an order pursuant to Local Civil Rule 83.2 approving the settlement of plaintiff D.E.'s claims in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Kings, New York
January 8, 2015

*Nancy Bedard* (signature)

Nancy Bedard
Legal Services NYC
South Brooklyn Legal Services
105 Court Street
Brooklyn, NY 11201
718-237-5500